MYRNA F. LABOW *v.* RONALD I. LABOW

The motion by the firm of Slavitt, Connery and Vardamis for permission to withdraw as counsel for the plaintiff in the appeal from the Superior Court in Fairfield County is granted.

No appearance for either party.

Decided January 6, 1976

JOSEPH W. PEPIN ET AL. *v.* CITY OF DANBURY ET AL.

The defendants' motion to expedite the appeal from the Superior Court in Fairfield County is granted to the extent that this court will hear the appeal on copies of the briefs and appendices, typed or photographically reproduced, subject to the subsequent filing of such documents as provided in §§ 723 and 724 of the Practice Book, as amended.

*Richard L. Nahley* and *Lloyd Cutsumpas,* in support of the motion.

Submitted December 1, 1975—decided January 6, 1976

ALDEN H. VOSE, JR. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WESTPORT ET AL.

The motion by the defendant Patrick D. Tazza to expunge the plaintiff's appendix to his brief in the appeal from the Court of Common Pleas in Fairfield County is denied.

*William D. Allen,* in support of the motion.

Submitted December 12, 1975—decided January 6, 1976